CLOSED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| SAMUEL SANTIAGO-GOMEZ, | : | |
| | : | |
| Petitioner, | : | **Faith S. Hochberg** |
| | : | |
| v. | : | Civil No. 05-2899 (FSH) |
| | : | |
| MICHAEL CHERTOFF, et al., | : | |
| | : | **ORDER** |
| Respondents. | : | |
| | : | |

For the reasons set forth in the Opinion filed herewith,

IT IS on this  8th  day of  March, 2006,

ORDERED that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is DISMISSED WITHOUT PREJUDICE to the filing of another petition in the event that Petitioner's removal is not reasonably foreseeable; and it is finally

ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion by regular mail upon the parties, and shall close the file.

 /s/ Faith S. Hochberg
FAITH S. HOCHBERG, U.S.D.J.